UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Wells Fargo Bank,
National Association, Trustee

    v.

Case No. 17-cv-00136-JL

Moskoff, et al

O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Daniel J. Lynch dated November 14, 2017.

_____
Joseph N. Laplante
Chief Judge

Date: December 8, 2017

Cc: Walter H. Porr, Jr., Esq.
    Peter M. Solomon, Esq.
    David B. Moskoff, pro se
    Daphne Fotiades, pro se